IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| **LARRY D. BROUSSARD** | § § § | |
| **V.** | § § | **NO. 1:04-CV-506** |
| **JO ANNE BARNHART,** **Commissioner of** **Social Security Administration** | § § § § | |

### FINAL JUDGMENT

For reasons expressed in the accompanying memorandum order adopting the Report and Recommendation of the United States Magistrate Judge, it is

**ORDERED**, **ADJUDGED** and **DECREED** that plaintiff's action against defendant is **DISMISSED**. It is further

**ORDERED**, **ADJUDGED** and **DECREED** that each party is assessed his or her respective costs.

**SIGNED** this the 3 day of **August, 2005.**

_____
Thad Heartfield
United States District Judge